# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings LLC
                        Plaintiff,

v.                                           Case No.: 1:12–cv–05074
                                                 Honorable Edmond E. Chang

John Doe
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 4, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion for early discovery [5] is still under advisement. Status hearing of 09/05/12 is reset to 10/01/12 at 8:30 a.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.