# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings LLC

                      Plaintiff,

v.                                            Case No.: 1:12–cv–05074
                                                       Honorable Edmond E. Chang

John Doe

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 17, 2012:

      MINUTE entry before Honorable Edmond E. Chang: Plaintiff's motion to conduct early discovery [5] is granted in light of the need to at least start identifying the John Doe defendants. However, this ruling does not preclude any subpoena recipient or Doe defendant from objecting to the discovery, and this ruling does not constitute a decision concerning any other issue, including whether the complaint properly joins the defendants. Status hearing of 10/22/12 is reset to 12/05/12 at 8:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.